# In The United States Court of Federal Claims

## Cover Sheet

05-1232C

Plaintiff(s) or Petitioner(s)

Donald J. Basnight, James R. Blount, Michael Bonner, John A. Churchill and James Robinson

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Molly A. Elkin

Firm Name: WOODLEY & McGILLIVARY

Post Office Box:

Street Address: 1125 15th Street, N.W., Suite 400

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: (202) 833-8855

E-mail address: mae@wmlaborlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 3 0 0, 304 and 306

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: N A V

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003