IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BASNIGHT, DONALD J., et. al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1232C |
| v. | ) | |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 30 days, from January 23, 2006, to and including February 22, 2006, the due-date for its response to the plaintiffs' complaint. This is the Government's first such request. The plaintiffs' counsel has indicated that she does not oppose this enlargement.

Agency counsel is still preparing a litigation report and compiling documents that are necessary to draft an appropriate response to the complaint. In addition, a draft response will require internal Government review. Undersigned counsel does expect that the defendant will be able to file an appropriate response to the complaint by February 22, 2006.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 30 days, from January 23, 2006 to and including February 22, 2006, the due date for defendant's response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

January 23, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2006, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt