IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS CHAPPELL, JAMES McFARLANE, ROBERT FRANKE, and ALTON FIREFIGHTERS ASSOCIATION, IAFF, LOCAL 1255, AFL-CIO, on behalf of itself and its members, | |
| Plaintiffs, | |
| v. | No. 05-192-MJR |
| DONALD SANDIDGE, named in his individual and official capacities; TIMOTHY SPAULDING, named in his individual and official capacities; and CITY OF ALTON, ILLINOIS, | CJRA Track B<br>Judge Reagan |
| Defendants. | |

**ORDER**

This cause coming before the Court on Plaintiffs' Motion For Leave to Re-File Memorandum in Support of Motion for Partial Summary Judgment, and this court being fully advised in the premises,

IT IS HEREBY ORDERED that said Motion for Leave to Re-File Memorandum in Support of Motion for Partial Summary Judgment is hereby granted. Plaintiffs shall re-file Plaintiffs' Memorandum within 15 days of the granting of this motion.

Entered this ________ day of ___________________________, 2006.

_______________________________

**JUDGE J. REAGAN**