# ATTACHMENT A

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
U.S. Navy—NAWC II

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print clearly, or type the following information:**

NAME Basnight ___ Donald___ James___ SS# 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__
Last First Middle

HOME ADDRESS 1012 Stockleybridge Drive___
Address

Chesapeake___ Va.___ 23322___
City State Zip Code

WORK ADDRESS Naval Air Warfare Center___
Address

Lakehurst___ N.J.___
City State Zip Code

PHONE (home) 757 482-1561___ (work) 757 688-6206___

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | Naval Air Warfare Ctn | 1670 | GS 8/9 | Equipment Specialist (Electronic) |
| 2003 | Naval Air Warfare Ctn | 1670 | GS 9 | Eqipmemt Specialist (Electronic) |
| 2004 | Naval Air Warfare Ctn | 1670 | GS9 | Equipment Specialist (Electronic) |
| 2005 | Naval Air Warfare Ctn | 1670 | GS9/10 | Equipment Specialist (Electronic) |

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME AVENOSO (Last) FRANK (First) ANTHONY (Middle) SS# 150 54 3806

HOME ADDRESS 321 SHADY BROOK LANE (Address)

FORKED RIVER (City) NJ (State) 08731 (Zip Code)

WORK ADDRESS RTE 547 BLDG 596-1 NAES (Address)

LAKEHURST, (City) N.J. (State) 08733 (Zip Code)

PHONE (home) (609) 693-4211 (work) (732) 323-7353

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAVAIR LAKEHURST NJ. | GS-802-12 | STEP 6 | ENGINEERING TECHNICIAN |
| 2003 | NAVAIR LAKEHURST NJ | GS-802-12 | STEP 6 | ENGINEERING TECHNICIAN |
| 2004 | NAVAIR LAKEHURST NJ. | GS-802-12 | STEP 6 | ENGINEERING TECHNICIAN |
| 2005 | NAVAIR LAKEHURST, NJ. | GS-802-12 | STEP 7 | ENGINEERING TECHNICIAN |

SIGNATURE ____________________

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME Biester (Last) Karl (First) R (Middle) SS# 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

HOME ADDRESS 217 Atlantis Ave. (Address)
Manahawkin (City) NJ (State) 08050 (Zip Code)

WORK ADDRESS NAWCADLKE Highway 547, Bldg. 596-1 (Address)
Lakehurst (City) NJ (State) 08733 (Zip Code)

PHONE (~~home~~ cell) 609-709-8762 (work) 732-323-2390

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWCADLKE | 1910/802 | 10 step 10/11 step 9 | Quality Assurance/Engineering Tech |
| 2003 | " | 802 | 11 step 9 | Engineering Tech |
| 2004 | " | 802 | 11 step 9 | Engineering Tech |
| 2005 | " | 802 | 11 step 9/11 step 10 | Engineering Tech |

SIGNATURE Karl R. Biester

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy–NAWC II**

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print clearly, or type the following information:**

| | | | | |
|---|---|---|---|---|
| NAME | Blount | James | Robert | SS# 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 |
| | Last | First | Middle | |
| HOME ADDRESS | 2637 Hartley St | | | |
| | Virginia Beach | | Va. | 23456 |
| | City | | State | Zip Code |
| WORK ADDRESS | 1279 Franklin Street | | | |
| | Address | | | |
| | Norfolk | | Va. | 23511 |
| | City | | State | Zip Code |
| PHONE (home) | 757-430-4444 | | | |

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC II**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME Bonner (Last) Michael (First) SS# 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 (Middle)

HOME ADDRESS 2225 Childeric Road (Address)

Virginia Beach (City) VA. (State) 23456 (Zip Code)

WORK ADDRESS 1279 Franklin Street Bldg S-29 Room 207 NAS Norfolk (Address)

Norfolk (City) VA. (State) 23511-2125 (Zip Code)

PHONE (home) (757) 468-6364 (work) (757) 377-0769

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|
| 2002 NAWCADLKE | 1670 | GS-12/06 | EQUIPMENT SPECIALIST |
| 2003 NAWCADLKE | 1670 | GS-12/06 | EQUIPMENT SPECIALIST |
| 2004 NAWCADLKE | 1670 | GS-12/07 | EQUIPMENT SPECIALIST |
| 2005 NAWCADLKE | 1670 | GS-12/07 | EQUIPMENT SPECIALIST |

SIGNATURE Michael Bonner

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print** clearly, or type the following information:

NAME BRANCO (Last) Dominick (First) M. (Middle) SS# 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

HOME ADDRESS 328 E. Pleasant Grove Rd (Address)

Jackson (City) NJ (State) 08527 (Zip Code)

WORK ADDRESS Hwy 547 North Code 486100B596-1 (Address)

Lakehurst (City) NJ (State) 08733 (Zip Code)

PHONE (home) 732-928-0016 (work) 732-323-7178

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWC | GS-802-12 | 12-8 | Engineering Tech |
| 2003 | NAWC | GS-802-12 | 12-9 | Engineering Tech |
| 2004 | NAWC | GS-802-12 | 12-10 | Engineering Tech |
| 2005 | NAWC | GS-802-13 | 13-6 | Engineering Tech |

Promoted to GS-13 on 10-17-04

SIGNATURE [signature]

Continue on Reverse