# REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND PROPOSED RETAINER AGREEMENT
## U.S. Navy—NAWC II

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print clearly, or type the following information:**

NAME CHURCHILL JOHN A SS# 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
Last First Middle

HOME ADDRESS 802 TIVERTON PLACE
Address

CHESAPEAKE VA 23320
City State Zip Code

WORK ADDRESS NAVALAIRWARFARECENTERAIRCRAFTDIVISION
Address

LAKEHURST NEW JERSEY 08733
City State Zip Code

PHONE (home) 757-548-3048 (work) 757-534-4512

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|
| 2002 NAWCADLKE | 1670 | GS-12 STEP 9 | EQUIPTMENTSPECIALIST |
| 2003 SAME | SAME | SAME | SAME |
| 2004 SAME | SAME | GS-12 STEP 10 | SAME |
| 2005 SAME | SAME | SAME | SAME |

SIGNATURE JOHN A CHURCHILL [signature]

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME FARRINGTON 3rd William JAMES SS# 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
Last First Middle

HOME ADDRESS 16 SHIRLEY LANE
Address

MANAHAWKIN NJ 08050
City State Zip Code

WORK ADDRESS HIGHWAY 547
Address

Lakehurst NJ 08733
City State Zip Code

PHONE (home) 609-597-4510 (work) 732-323-7503

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWC LAKEHURST | 3806 | WG-11/05 | Sheet Metal Mech. |
| 2003 | NAWC LAKEHURST | 3806 | WG-11/05 | Sheet Metal Mech. |
| 2004 | NAWC LAKEHURST | 1910 | GS-9/10 | Quality Assurance Specialist |
| 2005 | NAWC LAKEHURST | 1910 | GS-10/9 | Quality Assurance Specialist |

SIGNATURE [signature]

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME HARBIN MICHAEL T SS# 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
Last First Middle

HOME ADDRESS 832 LARCH AVE
Address

BROWNS Mills NJ 08015
City State Zip Code

WORK ADDRESS NAVAIR RTE 547
Address

Lakehurst NJ 08733
City State Zip Code

PHONE (home) 609 893 3864 (work) 732 323 1486

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWC - LKE | 1910 | GS-11-07 | QA Specialist |
| 2003 | NAWC - LKE | 1910 | GS-11-07 | QA Specialist |
| 2004 | NAWC - LKE | 1910 | GS-11-08 | QA Specialist |
| 2005 | NAWC - LKE | 1910 | GS-11-08 | QA Specialist |

SIGNATURE Michael T Harbin

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME Hayward Robert SS# 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
Last First Middle

HOME ADDRESS 2012 RT 35 APT 130
Address

Spring Lake, NJ 07762
City State Zip Code

WORK ADDRESS NAWCAD-LKE, RT #547 Bldg 148
Address

Lakehurst, NJ 08733
City State Zip Code

PHONE (home) 732-773-7970 (work) 732-323-2503

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWCAD-LKE | 1910 | GS 10-10 | QA. Specialist |
| 2003 | NAWCAD-LKE | 1910 | GS 10-10 | QA Specialist |
| 2004 | NAWCAD-LKE | 1910 | GS 10-10 | QA Specialist |
| 2005 | NAWCAD-LKE | 1910 | GS 10-10 | QA Specialist |

SIGNATURE Robert Hayward

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME Holmes (Last) Joseph (First) R (Middle) SS# 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

HOME ADDRESS 811 Maple Avenue (Address)

Atco (City) NJ (State) 08004 (Zip Code)

WORK ADDRESS NAWC Rt 547 (Address)

Lakehurst (City) NJ (State) 08733 (Zip Code)

PHONE (home) 1-856-768-3275 (work) 1-732-323-7503

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWC LKE | 1910 | GS11-8 | QA Specialist |
| 2003 | NAWC LKE | 1910 | GS11-8 | QA Specialist |
| 2004 | NAWC LKE | 1910 | GS11-8 | QA Specialist |
| 2005 | NAWC LKE | 1910 | GS11-9 | QA Specialist |

SIGNATURE Joseph R Holmes

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME Kuhn, Jr Theodore R. SS# 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
Last First Middle

HOME ADDRESS 167 Black oak CT
Address

Toms River NJ 08753-5319
City State Zip Code

WORK ADDRESS Lakehurst Naval Air RT 547 Bldg 148
Address

Lakehurst NJ 08733
City State Zip Code

PHONE (home) 732 281 1995 (work) 732 323 1760

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | Lakehurst Naval Air | 1910 | GS 9-9 | Quality Assurance Specialist |
| 2003 | " | " | GS 10-8 | " " " |
| 2004 | " | " | GS 10-8 | " " " |
| 2005 | " | " | GS 10-8 | " " " |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC II**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME LEONARD (Last) Michael (First) R (Middle) SS# 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

HOME ADDRESS 787 Heritage WAY (Address)

Toms River (City) NJ (State) 08753 (Zip Code)

WORK ADDRESS NAVAIR RTE 547 (Address)

LakehurST (City) NJ (State) 08733 (Zip Code)

PHONE (home) 732 506-6161 (work) 732 323-7503

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWC-LKE | 1910 | GS-12-03 | Q.A Specialist |
| 2003 | NAWC-LKE | 1910 | GS-12-04 | Q.A Specialist |
| 2004 | NAWC-LKE | 1910 | GS-12-04 | Q.A Specialist |
| 2005 | NAWC-LKE | 1910 | GS-12-05 | Q.A Specialist |

SIGNATURE Michael Leonard

**Continue on Reverse**

U

# REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
## PROPOSED RETAINER AGREEMENT
### U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME Lund Daniel M. SS# 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
Last First Middle

HOME ADDRESS 1532 Dee Road
Address

Forked River N.J. 08731
City State Zip Code

WORK ADDRESS Hwy 547 North
Address

Lakehurst N.J.
City State Zip Code

PHONE (home) (609)693-6317 (work) (732)323-7357

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | Naval Air Engineering ETA Lakehurst N.J. | 802 | GS-12 | Engineering Tech. |
| 2003 | " | " | " | " " |
| 2004 | " | " | " | " " |
| 2005 | " | " | " | " " |

SIGNATURE Daniel M. Lund

Continue on Reverse