# In the United States Court of Federal Claim

No. 05-1232C
(Filed January 24, 2006)

* * * * * * * * * * * * * * * * * * * * * *
BASNIGHT, DONALD J., et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 23, 2006, defendant filed an Unopposed Motion for Enlargement of Time of thirty-days, to and including February 22, 2006, within which to file its response to plaintiffs' complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH