IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. BASNIGHT, DONALD J.<br>2. BLOUNT, JAMES R.<br>3. BONNER, MICHAEL<br>4. CHURCHILL, JOHN A.<br>5. ROBINSON, JAMES<br>Plaintiffs,<br>v.<br>THE UNITED STATES<br>Defendant. | Case No. 05-1232C<br>(Judge Bush) |

**PLAINTIFFS' MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT AND MOTION TO FILE A CORRECTED AMENDED COMPLAINT**

The Plaintiffs herein respectfully bring this motion to strike Plaintiffs' First Amended Complaint that was electronically filed on January 24, 2006. The plaintiffs' are asking the Court to strike Plaintiffs' First Amended Complaint and allow plaintiffs to electronically file a corrected amended complaint in the above-entitled case.

Plaintiffs inadvertently failed to include a copy of Plaintiffs' First Amended Complaint in their filing on January 24, 2006. Accordingly, Plaintiffs ask that the filing that they made on January 24, 2006 be stricken from the record in this case, and that plaintiffs be allowed to file a corrected First Amended Complaint.

Respectfully submitted

/s/Molly A. Elkin

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that two true and accurate copies of the foregoing Plaintiffs' Motion to Strike Plaintiffs' First Amended Complaint and Motion to File Corrected Amended Complaint were served by regular mail on the following counsel of record on this 26th day of January 2006:

James D. Colt
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Eighth Floor
Washington, D.C. 20530

/s/ Molly A. Elkin
Molly A. Elkin