# ATTACHMENT A

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
U.S. Navy—NAWC II

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME Basnight ___ Donald___________ James__________ SS# 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__
Last First Middle

HOME ADDRESS 1012 Stockleybridge Drive______________________
Address

Chesapeake______________ Va.________ 23322____________
City State Zip Code

WORK ADDRESS Naval Air Warfare Center______________________
Address

Lakehurst______________ N.J.____________
City State Zip Code

PHONE (home) 757 482-1561______________ (work) 757 688-6206__________

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | Naval Air Warfare Ctn | 1670 | GS 8/9 | Equipment Specialist (Electronic) |
| 2003 | Naval Air Warfare Ctn | 1670 | GS 9 | Eqipmemt Specialist (Electronic) |
| 2004 | Naval Air Warfare Ctn | 1670 | GS9 | Equipment Specialist (Electronic) |
| 2005 | Naval Air Warfare Ctn | 1670 | GS9/10 | Equipment Specialist (Electronic) |

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME AVENOSO (Last) FRANK (First) ANTHONY (Middle) SS# 150 543806

HOME ADDRESS 321 SHADY BROOK LANE (Address)

FORKED RIVER (City) NJ (State) 08731 (Zip Code)

WORK ADDRESS RTE 547 BLDG 596-1 NAES (Address)

LAKEHURST, (City) N.J. (State) 08733 (Zip Code)

PHONE (home) (609) 693-4211 (work) (732) 323-7353

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAVAIR LAKEHURST NJ. | GS-802-12 | STEP 6 | ENGINEERING TECHNICIAN |
| 2003 | NAVAIR LAKEHURST NJ | GS-802-12 | STEP 6 | ENGINEERING TECHNICIAN |
| 2004 | NAVAIR LAKEHURST NJ. | GS-802-12 | STEP 6 | ENGINEERING TECHNICIAN |
| 2005 | NAVAIR LAKEHURST, NJ. | GS-802-12 | STEP 7 | ENGINEERING TECHNICIAN |

SIGNATURE [signature]

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print** clearly, or type the following information:

NAME Biester (Last) Karl (First) R (Middle) SS# 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

HOME ADDRESS 217 Atlantis Ave. (Address)

Manahawkin (City) NJ (State) 08050 (Zip Code)

WORK ADDRESS NAWCADLKE Highway 547, Bldg. 596-1 (Address)

Lakehurst (City) NJ (State) 08733 (Zip Code)

PHONE (~~home~~ cell) 609-709-8762 (work) 732-323-2390

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWCADLKE | 1910/802 | 10 step 10/11 step 9 | Quality Assurance/Engineering Tech |
| 2003 | " | 802 | 11 step 9 | Engineering Tech |
| 2004 | " | 802 | 11 step 9 | Engineering Tech |
| 2005 | " | 802 | 11 step 9/11 step 10 | Engineering Tech |

SIGNATURE Karl R. Biester

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy–NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME Blount James Robert SS# 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

Last First Middle

HOME ADDRESS 2637 Hartley St

Virginia Beach Va. 23456

City State Zip Code

WORK ADDRESS 1279 Franklin Street

Address

Norfolk Va. 23511

City State Zip Code

PHONE (home) 757-430-4444

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC II**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME Bonner (Last) Michael (First) SS# 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 (Middle)

HOME ADDRESS 2225 Childeric Road (Address)

Virginia Beach (City) VA. (State) 23456 (Zip Code)

WORK ADDRESS 1279 Franklin Street Bldg S-29 Room 207 NAS Norfolk (Address)

Norfolk (City) VA. (State) 23511-2125 (Zip Code)

PHONE (home) (757) 468-6364 (work) (757) 377-0769

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|
| 2002 NAWCADLKE | 1670 | GS-12/06 | EQUIPMENT SPECIALIST |
| 2003 NAWCADLKE | 1670 | GS-12/06 | EQUIPMENT SPECIALIST |
| 2004 NAWCADLKE | 1670 | GS-12/07 | EQUIPMENT SPECIALIST |
| 2005 NAWCADLKE | 1670 | GS-12/07 | EQUIPMENT SPECIALIST |

SIGNATURE *Michael Bonner*

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print** clearly, or type the following information:

NAME BRANCO (Last) Dominick (First) M. (Middle) SS# 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

HOME ADDRESS 328 E. Pleasant Grove Rd (Address)

Jackson (City) NJ (State) 08527 (Zip Code)

WORK ADDRESS Hwy 547 North Code 486100B596-1 (Address)

Lakehurst (City) NJ (State) 08733 (Zip Code)

PHONE (home) 732-928-0016 (work) 732-323-7178

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWC | GS-802-12 | 12-8 | Engineering Tech |
| 2003 | NAWC | GS-802-12 | 12-9 | Engineering Tech |
| 2004 | NAWC | GS-802-12 | 12-10 | Engineering Tech |
| 2005 | NAWC | GS-802-13 | 13-6 | Engineering Tech |

Promoted to GS-13 on 10-17-04

SIGNATURE DM B

Continue on Reverse