REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—~~NAWC II~~

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME O'Neill (Last) PATRICK (First) NMI (Middle) SS# 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

HOME ADDRESS 296 WHITE ROAD (Address)
JACKSON (City) N.J. (State) 08527 (Zip Code)

WORK ADDRESS RT. 547 (Address)
LAKEHURST (City) N.J. (State) 08733 (Zip Code)

PHONE (home) (732) 886-6011 (work) (732) 323-7505/7503

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | N.A.W.C. | 1910 | G-S 9-10 | QUALITY ASSURANCE SPECIAL |
| 2003 | N.A.W.C. | 1910 | G-S 10-9 | Q.A. SPECIALIST |
| 2004 | N.A.W.C. | 1910 | GS 10-9 | Q.A. SPECIALIST |
| 2005 | N.A.W.C. | 1910 | GS 10-9 | Q.A. SPECIALIST |

SIGNATURE Patrick O'Neill

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME Peachey (Last) John (First) E (Middle) SS# 142 76 4407

HOME ADDRESS 1821 Newark Ave. (Address)

Whiting (City) NJ (State) 08759 (Zip Code)

WORK ADDRESS RT 547 (Address)

Lakehurst (City) NJ (State) 08733 (Zip Code)

PHONE (home) 732 716 1968 (work) 732 323 7503

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWC | 1910 | GS 09-10 | QA Specialist |
| 2003 | NAWC | 1910 | GS 10-09 | QA Specialist |
| 2004 | NAWC | 1910 | GS 10-09 | QA Specialist |
| 2005 | NAWC | 1910 | GS 10-09 | QA Specialist |

SIGNATURE ______________________

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC II**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME RESCH STEPHEN BENEDICT SS# 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
Last First Middle

HOME ADDRESS 123 EAST BOAT DR
Address

LITTLE EGG HARBOR NJ 08087
City State Zip Code

WORK ADDRESS NAVAIR LAKEHURST
Address

RTE 547 LAKEHURST NJ 08733
City State Zip Code

PHONE (home) 609-296-6244 (work) 732-323-4413

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAVAIR LAKEHURST | 1670 | GS-12 STEP 8 | EQUIPMENT SPECIALIST |
| 2003 | NAVAIR LAKEHURST | 856 | GS-12 STEP 8 | ELECTRONIC TECH |
| 2004 | NAVAIR LAKEHURST | 856 | GS-12 STEP 8 | ELECTRONIC TECH |
| 2005 | NAVAIR LAKEHURST | 856 | GS-12 STEP 9 | ELECTRONIC TECH |

SIGNATURE [signature]

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

**Print clearly, or type the following information:**

NAME _Robinson James ______________ G.______________
SS#231944612________
Last First Middle

HOME ADDRESS _11150 Burwells Bay Road______________________
Address

_Smithfield ______________ VA__________ 23430______________
City State Zip Code

WORK ADDRESS NAVAL Air Warfare CTN______________________
Address

_Lakehurst NJ.______________________________
City State Zip Code

PHONE (home) 757-357-0532______________ (work) 757-688-6206__________

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| Year | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | Naval Air Warfare CTn | GS 1607 | 12-3 | Equipment Specialist |
| 2003 | Naval Air Warfare CTN | GS 1607-12-4 | | Equipment Specialist |
| 2004 | Naval Air Warfare Ctn | GS 1607-12- 4 | | Equipment Specialist |
| 2005 | Naval Air Wareface Ctn | GS-1607-12-5 | | Equipment Specialist |

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME SERVELLO JOSEPH P SS# 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
Last First Middle

HOME ADDRESS 613 Atlantic Ave
Address

POINT PLEASANT BEACH NJ 08742
City State Zip Code

WORK ADDRESS HWY 547
Address

LAKEHURST NJ 08733
City State Zip Code

PHONE (home) (732) 714-1384 (work) (732) 323-1614

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWC LAKEHURST | 802 | GS-12 5 | ENGR TECH |
| 2003 | " " | 802 | GS12 6 | " " |
| 2004 | " " | 802 | GS-12 7 | " " |
| 2005 | | | | |

SIGNATURE [signature]

Continue on Reverse