# REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND PROPOSED RETAINER AGREEMENT
## U.S. Navy—NAWC II

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME SIDOTTE RICHARD SS# 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
Last First Middle

HOME ADDRESS 279 WOOD HORN BLVD SW
Address

BAYVILLE NJ 08721
City State Zip Code

WORK ADDRESS STATE HWY 547 NAWC AD
Address

LAKEHURST NJ 08733
City State Zip Code

PHONE (home) 732-606-1134 (work) 732-323-1175

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWCAD | 1105 | GS-12 | IND. SPEC |
| 2003 | NAWCAD | 1105 | GS-12 | IND. SPEC |
| 2004 | NAWC AD | 802 | GS-12 | ENG TECH |
| 2005 | NAWCAD | 802 | GS-12 | ENG TECH |

SIGNATURE [signature]

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME SLOCUM ROBERT H. SS# 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
Last First Middle

HOME ADDRESS 125 GALLEON RD.
Address

MANAHAWKIN NJ 08050
City State Zip Code

WORK ADDRESS NAWC RT. 547 (BLDG. 148)
Address

LAKEHURST NJ 08733
City State Zip Code

PHONE (home) 609-698-2315 (work) 732-323-7503

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | | Position |
|---|---|---|---|---|---|
| 2002 | NAWCADLKE | 1910 | GS-12 | STEP 3,4 | Q.A. SPECIALIST |
| 2003 | NAWCADLKE | 1910 | GS-12 | STEP 4 | Q.A. SPECIALIST |
| 2004 | NAWCADLKE | 1910 | GS-12 | STEP 4,5 | Q.A. SPECIALIST |
| 2005 | NAWCADLKE | 1910 | GS-12 | STEP 5 | Q.A. SPECIALIST |

SIGNATURE Robert H. Slocum

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME Wallis (Last) Craig (First) A (Middle) SS# 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

HOME ADDRESS 8 Laketree Court (Address)

Manchester (City) N.J. (State) 08759 (Zip Code)

WORK ADDRESS NAWC Lakehurst Route 547 Bldg 596-1 (Address)

Lakehurst (City) N.J. (State) 08759 (Zip Code)

PHONE (home) (732)323-8517 (work) (732)323-4096

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWC LAKEHURST | 0856 | GS-12-5 | Electronics Tech |
| 2003 | NAWC Lakehurst | 0856 | GS-12-6 | Electronics Tech |
| 2004 | NAWC Lakehurst | 0856 | GS-12-6 | Electronics Tech |
| 2005 | NAWC Lakehurst | 0856 | GS-12-6 | Electronicss Tech |

SIGNATURE Craig A. Wallis

Continue on Reverse

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC II

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC II

Print clearly, or type the following information:

NAME Wiggenton Sr Robert James SS# 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
Last First Middle

HOME ADDRESS 26 Bettlewood Rd.
Address

Marlton N.J. 08053
City State Zip Code

WORK ADDRESS Hwy 547
Address

Lakehurst NJ 08733
City State Zip Code

PHONE (home) (856) 985-5429 (work) (732) 323-2674

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2002 | NAWC Lakehurst | 1910 | GS12 5,6 | Quality Assurance Specialist |
| 2003 | NAWC Lakehurst | 1910 | GS12 6,7 | Quality Assurance Specialist |
| 2004 | NAWC Lakehurst | 1910 | GS12 7 | Quality Assurance Specialist |
| 2005 | NAWC Lakehurst | 1910 | GS12 7,8 | Quality Assurance Specialist |

SIGNATURE Robert J. Wiggenton Sr

Continue on Reverse