# In the United States Court of Federal Claim

No. 05-1232C
(Filed January 31, 2006)

* * * * * * * * * * * * * * * * * * * * * *
BASNIGHT, DONALD J., et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 24, 2006, plaintiffs electronically filed a document entitled "Plaintiffs Amended Complaint." However, the actual document did not relate to the subject matter. Therefore, on January 26, 2006, plaintiffs filed a Motion to Strike Plaintiffs' First Amended Complaint and a Motion to File a Corrected Amended Complaint.

Accordingly, it is hereby **ORDERED** that

(1) plaintiffs' motions are **GRANTED**;

(2) The Clerk's Office is **DIRECTED** to **STRIKE** plaintiffs' filing of January 24, 2006; and

(3) Plaintiffs' **Corrected First Amended Complaint** shall be considered **FILED** as the date of this order.

s/Lynn J. Bush
LYNN J. BUSH