IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BASNIGHT, DONALD J., et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 05-1232C |
| v. | ) | |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER
TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT

For its answer to the Plaintiff's Corrected First Amended Complaint, defendant, the United States, admits, denies and alleges as follows:

1. Admits the allegation contained in the first sentence of Paragraph 1 that plaintiffs are current or former employees of the United States Navy at the Naval Air Warfare Center Aircraft Division; otherwise denies the remaining allegations contained in the first sentence of Paragraph 1. The allegations contained in the second sentence of Paragraph 1 constitute legal conclusions and plaintiffs' characterizations of their case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

JURISDICTION AND VENUE

2. The allegations contained in Paragraph 2 constitute legal conclusions and plaintiffs' characterizations of their case to which no answer is required.

PARTIES

3. Admits the allegation contained in the first sentence of Paragraph 3. Admits that Mr. Blount was an employee who has since retired; otherwise denies the allegations contained in the second sentence of Paragraph 3

4. The allegations contained in the first sentence of Paragraph 4 constitute legal conclusions and plaintiffs' characterizations of their case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. The allegations contained in the second and third sentences of Paragraph 4 contain legal conclusions to which no response is required; to the extent that they may be deemed allegations of fact, they are admitted to the extent supported by the documents contained in Appendix A, which are the best evidence of their contents; otherwise the allegations contained in the second and third sentences of Paragraph 4 are denied.

5. The allegations contained in Paragraph 5 constitute legal conclusions and plaintiffs' characterizations of their case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

6. The allegations contained in the first sentence of Paragraph 6 constitute legal conclusions and plaintiffs' characterizations of their case to which no answer is required. Admits that the Federal Government has Washington, D.C., as its capital; otherwise denies the allegations contained in the second sentence of Paragraph 6.

## FACTS

7. The allegations contained in the first and second sentences of Paragraph 7 constitute legal conclusions and plaintiffs' characterizations of their case to which no answer is required. Denies the allegations contained in the third sentence of Paragraph 7.

8. Denies the allegations contained in Paragraph 8; avers that at least two of the plaintiffs, Messrs. Branco and Servello, are employed at the GS-13 pay grade.

9. Admits that the Government did not pay the plaintiffs as non-exempt employees under the Fair Labor Standards Act ("FLSA"); to the extent that plaintiffs allege that they should not have been regarded as exempt employees under the FLSA, that allegation is denied.

10. Denies.

11. Denies the allegations contained in the first sentence of Paragraph 11. Denies the allegations contained in the second sentence of Paragraph 11 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. The allegations contained in the third sentence of Paragraph 11 constitute legal conclusions and plaintiffs' characterizations of their case to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

12. Denies.

13. Denies.

14. Denies.

15. Denies that the plaintiff is entitled to the relief set forth in the prayer for relief following Paragraph 14 or to any relief whatsoever.

16. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, that the complaint be dismissed, and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

April 24, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2006, a copy of the foregoing DEFENDANT'S ANSWER TO PLAINTIFF'S CORRECTED FIRST AMENDED COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt