IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD BASNIGHT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | Case No. 05-1232C<br>(Judge Bush) |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT**

In accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims, plaintiffs respectfully submit this motion to file their Second Amended Complaint. The reasons supporting plaintiffs' motion are set forth below:

1. Plaintiffs brought this action as a collective action in accordance with 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") on behalf of themselves and all others similarly situated against the defendant because of defendant's unlawful deprivation of plaintiffs' rights to overtime compensation.

2. Plaintiffs seek to amend their complaint to add six plaintiffs. The new plaintiffs are James T. Diefenderfer, Lee Hurst, Sr., Lee Hurst, Jr., John Mann, Jr., Kevin Montanye, and John Odoardo. They are similarly situated to the original plaintiffs in that they are current employees of the United States Navy, employed by the Naval Air Warfare Center working in technical and related occupations in positions classified at the GS-12 and below grade level. Their positions, along with the positions of the

plaintiffs identified in Plaintiffs' First Amended Complaint, were recently reclassified as FLSA non-exempt.

3. To participate in this action, similarly situated employees must "opt-in" by filing a written consent to participate in this lawsuit. FLSA, 29 U.S.C. § 216(b).

4. The addition of the six plaintiffs will not interfere with nor delay any of the deadlines in this case, as the parties have not yet submitted their Joint Preliminary Status Report.

5. Plaintiffs' counsel has consulted with defendant's counsel and defendant's counsel does not oppose this motion.

6. Plaintiffs' Second Amended Complaint is attached hereto. The only modification to the complaint is the addition of the plaintiffs identified in paragraph 2 above. Their Consent to Sue forms are filed with Plaintiffs' Second Amended Complaint.

Respectfully submitted,

Dated: May 30, 2006

/s/ Molly A. Elkin

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorney of Record