IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD BASNIGHT, et al. | ) | |
| | ) | Case No. 05-1232C |
| | ) | (Judge Bush) |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**APPENDIX A TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME DIEFENDERFER JAMES T SS# 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
Last First Middle

HOME ADDRESS 642 EDGEWOOD ARCH
Address

CHESAPEAKE VA 23322
City State Zip Code

WORK ADDRESS NAVAIR FIELD OFFICE BLDG V-147
Address

NORFOLK VA 23511
City State Zip Code

PHONE (home) 757-546-9774 (work) 757-444-2622 X 110

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAVAIR | 1670 | GS12-9 | EQUIPMENT SPECIALIST |
| 2004 | NAVAIR | 1670 | GS 12 -10 | EQUIPMENT SPECIALIST |
| 2005 | NAVAIR | 1670 | GS 12-10 | EQUIPMENT SPECIALIST |
| 2006 | NAVAIR | 1670 | GS 12 -10 | EQUIPMENT SPECIALIST |

SIGNATURE [signature]

**Continue on Reverse**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME HURST SR. (Last) Lee (First) Roy (Middle) SS# 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

HOME ADDRESS 512 PLAINFIELD AVE. (Address)

CHESAPEAKE (City) VA. (State) 23320 (Zip Code)

WORK ADDRESS RETIRED (Address)

(City) (State) (Zip Code)

PHONE (home) 757-547-3530 (work) ____________

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAVAIRENGSTA LAKEHUR | 1670 | GS/12-10 | EQUIPT SPECIALIST |
| 2004 | NAVAIRENG STA LAKEHUR | 1670 | GS/12-10 | EQUIPT SPECIALIST |
| 2005 | NAVAIRENG STA LAKEHUR | 1670 | GS/12-10 | EQUIPT SPECIALIST |
| 2006 | RETIRED 30 SEPTEMBER 2005 | | | |

SIGNATURE Lee R. Hurst SR.

Continue on Reverse

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**rint clearly, or type the following information:**

AME HURST JR. LEE ROY SS# 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
Last First Middle

OME ADDRESS 2020 LONG RIDGE ROAD
Address

CHESAPEAKE VA. 23322
City State Zip Code

ORK ADDRESS NAVAIR FIELD OFFICE, NAVAL BASE NORFOLK 1141 AIRCRAFT TOW WAY, BUILDING V147, 2ND FLOOR S.W.
Address

NORFOLK VA. 23511
City State Zip Code

HONE (home) 757-204-4225 (work) 757-444-2622 X 101

MPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 03 | NAWC | 1670 | GS12-3<br>GS12-4 (06-29-03) | EQUIPMENT SPECIALIST (GENERAL) |
| 04 | NAWC | 1670 | GS12-4 | EQUIP. SPEC. (GENERAL) |
| 05 | NAWC | 1670 | GS12-4<br>GS12-5 (06-26-05) | EQUIP SPEC. GENERAL) |
| 06 | NAWC | 1670 | GS12-5 | EQUIP. SPEC. (GENERAL) |

GNATURE [signature] (05/16/06)

**Continue on Reverse**

## REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

rint clearly, or type the following information:

AME MANN (Last) John (First) J JR (Middle) SS# 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

OME ADDRESS 23 MONROE AVE (Address)

BELLMAWR (City) NJ (State) 08031 (Zip Code)

ORK ADDRESS NAWC Highway 547 (Address)

LAKEHURST (City) NJ (State) 08733 (Zip Code)

HONE (home) 856-931-6228 (work) 732-323-4983

CEll 856-371-1111

MPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 003 | NAWC LKE | 1670 | GS-10 | EQuip Spec. |
| 004 | NAWC LKE | 1670 | GS-11 | EQuip Spec |
| 005 | NAWC LKE | 1670 | GS12-step 5 GS11-step 9 | EQuip Spec |
| 006 | NAWC LKE | 1670 | GS12-step 5/step 6 | EQuip Spec |

IGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME MONTANTE KEVIN JOHN SS# 140 60 3232
Last First Middle

HOME ADDRESS 1112 HANNIBAL ST.
Address

TOMS RIVER N.J. 08757
City State Zip Code

WORK ADDRESS NAWCAD LAKEHURST RT 547
Address

LAKEHURST N.J. 08733
City State Zip Code

PHONE (home) 732 244 6851 (work) 732 323 7742

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 003 | NAWC | 1670 | GS 10 | EQUIPMENT SPEC |
| 004 | NAWC | 1670 | GS 11 | EQUIPMENT SPEC |
| 005 | NAWC | 1670 | GS-11-12 | EQUIPMENT SPEC |
| 006 | NAWC | 1301 | GS-12 | INDUSTRIAL SPEC |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**nt clearly, or type the following information:**

ME ODOARDO (Last) John (First) R (Middle) SS# 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

ME ADDRESS 1000 Coolidge AVE (Address)

Whiting (City) N.J (State) 08759 (Zip Code)

RK ADDRESS RT 547 (Address)

LAKEHURST (City) NJ. (State) 08733 (Zip Code)

ONE (home) 732-849-0314 (work) 732-323-7737

PLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 3 | NAWC | 1670 | 11 STEP 10 | EQUIPMENT SPEC |
| 4 | NAWC | 1670 | 11 STEP 10 | " |
| 5 | NAWC | 1670 | 12 STEP 6 | " |
| 6 | NAWC | 1670 | 12 STEP 6 | " |

NATURE J R Odoardo

Continue on Reverse