# In the United States Court of Federal Claim

No. 05-1232C
(Filed June 2, 2006)

* * * * * * * * * * * * * * * * * * * * * *
BASNIGHT, DONALD J., et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On May 30, 2006, plaintiffs filed an Unopposed Motion to Amend Complaint. Plaintiffs are seeking to amend their complaint to add the following six plaintiffs: (1) James T. Diefenderfer, (2) Lee Hurst, Sr.; (3) Lee Hurst, Jr.; (4) John Mann, Jr.; (5) Kevin Montanye; and (6) John Odoardo. For good cause shown, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED**; and **Plaintiffs' Second Amended Complaint** is hereby considered to be **FILED** as of the date it was electronically submitted to the court.

s/Lynn J. Bush
LYNN J. BUSH