IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD BASNIGHT, et al. | ) | |
| | ) | |
| | ) | Case No. 05-1232C |
| | ) | (Judge Bush) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT**

In accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims, plaintiffs respectfully submit this motion to file their Third Amended Complaint. The reasons supporting plaintiffs' motion are set forth below:

1. Plaintiffs brought this action as a collective action in accordance with 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") on behalf of themselves and all others similarly situated against the defendant because of defendant's unlawful deprivation of plaintiffs' rights to overtime compensation.

2. Plaintiffs seek to amend their complaint to add one plaintiff. The new plaintiff is Robert Rosica. He is similarly situated to the original plaintiffs in that he is a current employee of the United States Navy, employed by the Naval Air Warfare Center working in a technical position classified at the GS-11 pay grade. His position, along with the positions of the plaintiffs identified in Plaintiffs' First Amended Complaint, were recently reclassified as FLSA non-exempt.

3. To participate in this action, similarly situated employees must "opt-in" by filing a written consent to participate in this lawsuit. FLSA, 29 U.S.C. § 216(b).

4. The addition of one plaintiff will not interfere with nor delay any of the deadlines in this case as the parties have not yet submitted their Joint Preliminary Status Report.

5. Plaintiffs' counsel has consulted with defendant's counsel and defendant's counsel does not oppose this motion.

6. Plaintiffs' Third Amended Complaint is attached hereto. The only modification to the complaint is the addition of the Mr. Rosica whose Consent to Sue form is filed with Plaintiffs' Third Amended Complaint.

Respectfully submitted,

Dated: June 7, 2006

/s/ Molly A. Elkin

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorney of Record