IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD BASNIGHT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | Case No. 05-1232C<br>(Judge Bush) |

**APPENDIX A TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME ROSICK ROBERT NMN
Last First Middle

SS# 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

HOME ADDRESS 1524 MERMAID AVE
Address
BEACHWOOD NJ 08722
City State Zip Code

WORK ADDRESS RT 547 NAWCAD BIDG 355
Address
LAKEHURST NJ 08733
City State Zip Code

PHONE (home) 732-600-9824 (work) 732-323-1167

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*
Employer Series Pay Grade-Step
Position

2002 NAWCAD PEVD GS-856-10 STEP ?

2003 NAWCAD PEVD GS-856-10 STEP ?

2004 NAWCAD PEVD GS-856-11 STEP ?

2005 NAWCAD PEVD GS-856-11 STEP ?

SIGNATURE [signature]

**Continue on Reverse**