IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BASNIGHT, DONALD J., et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 05-1232C |
| v. | ) | |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 60 days, from June 26, 2006, to and including August 25, 2006, the deadline for its response to plaintiffs' complaint. This is the Government's third such request, having previously been granted enlargements of 30 and 60 days. Plaintiffs' counsel has indicated that she does not oppose this enlargement.

This case originally consisted of five plaintiffs. However, the plaintiffs have twice amended their complaint to add an additional 19 plaintiffs. Given the number of plaintiffs, more time will be needed to gather the information necessary to make an appropriate response to the plaintiffs' current amended complaint. In addition, the plaintiffs' attorney has indicated that she might make another motion to amend the current complaint. At present, undersigned counsel does expect that the defendant will be able to file an appropriate response to the complaint by August 25, 2006.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 60 days, from

June 26, 2006 to and including August 25, 2006, the due date for defendant's response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

June 26, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2006, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt