IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD J. BASNIGHT ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-1232c<br>Judge Bush |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO
FILE MOTION FOR A STAY OF PROCEEDINGS OUT OF TIME

Defendant respectfully requests that the Court grant us leave to file the accompanying unopposed motion for a stay of proceedings out of time. Our motion or some other response to plaintiffs' complaint was due on August 25, 2006. Plaintiffs' counsel has advised us that she does not oppose this motion.

As grounds for this motion, we state that, until recently, Government counsel, who is newly assigned to this case, was unaware it had been designated an electronic case. As a result, she initially attempted to file her notice of appearance along with the unopposed motion for a stay in the traditional non-electronic manner on August 23, 2006.

The clerk's office rejected this attempted filing and advised Government counsel of the necessity for electronic filing in this case. Accordingly, we respectfully request that the Court grant this motion for leave to file our motion for a stay of proceedings out of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. McCARTHY
Assistant Director

s/Hillary A. Stern
HILLARY A. STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Facsimile: (202) 305-7643

September 5, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2006, I caused to be served by United States mail (first class, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS OUT OF TIME" addressed as follows:

Molly Elkin
Woodley & McGillivary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005

________________________________