IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DONALD J. BASNIGHT ET AL., Plaintiffs, | ) |
| v. | ) No. 05-1232c<br>Judge Bush |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION
FOR A STAY OF PROCEEDINGS

Defendant respectfully requests that the Court stay proceedings in this case for 46 days, to and including October 10, 2006, in order to allow the parties an opportunity to attempt to resolve this case through a negotiated settlement. This is our first request for a stay of proceedings. Plaintiffs' counsel has authorized us to state that she has no objection to this motion.

As the Court is aware, the parties have been engaged in settlement negotiations in an attempt to resolve this case without the need for judicial intervention. Great progress has been made with respect to obtaining the records necessary to negotiating a settlement; however, some records relating to some plaintiffs remain outstanding.

The parties plan to utilize the period of time requested in this motion for a stay of proceedings to obtain the remaining records and to attempt to negotiate a settlement acceptable to both parties including those officials at the Department of

Justice authorized to approve a settlement in this case. Accordingly, we respectfully request that the Court grant this motion and stay proceedings in this case for 46 days, to and including October 10, 2006. By or before that date, we will file either a status report with the Court indicating our progress or another motion requesting an extension of the stay together with an explanation of our progress.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. McCARTHY
Assistant Director

s/Hillary A. Stern
HILLARY A. STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Facsimile: (202) 305-7643

August 23, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2006, I caused to be served by United States mail (first class, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR AN STAY OF PROCEEDINGS" addressed as follows:

Molly Elkin
Woodley & McGillivary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005

________________________________