# In the United States Court of Federal Claim

No. 05-1232C

(Filed September 13, 2006)

* * * * * * * * * * * * * * * * * * * * *
BASNIGHT, DONALD J., et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 5, 2006, defendant filed an Unopposed Motion for Leave to File Motion for a Stay of Proceedings Out of Time, and a Unopposed Motion for a Stay of Proceedings. Defendant's unopposed motion to stay proceedings states that the parties have been engaged in settlement negotiations and are making progress. Therefore, defendant requests the subject matter be stayed for forty-six days, to and including October 10, 2006, to allow the parties to continue settlement negotiations.

Accordingly, it is hereby **ORDERED** that

(1) Defendant's Motion for Leave to File Motion for a Stay of Proceedings Out of Time is **GRANTED**;

(2) Defendant's Unopposed Motion for a Stay of Proceedings is **GRANTED** and all proceedings in this matter shall be **STAYED** pending further order of the court; and

(3) The parties are directed to **FILE** a **Joint Status Report** on or before **October 10, 2006**, informing the court of the status of

proceedings in this case and the extent to which the parties have determined whether any or all of the instant matter may be settled.

s/Lynn J. Bush
LYNN J. BUSH