IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD BASNIGHT, et al. | ) | |
| | ) | Case No. 05-1232C |
| | ) | (Judge Bush) |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

STATUS REPORT ON BEHALF OF THE PARTIES

Pursuant to the Court's September 13, 2006 Order, plaintiffs respectfully submit the following status report on behalf of the parties. Defendant's counsel has read this report and agrees with its content.

Since the date of defendant's unopposed motion for a stay of proceedings, the defendant obtained the remaining records necessary for the parties to negotiate a settlement and provided these records to plaintiffs' counsel to compute damages. Plaintiffs' counsel provided defendant's counsel with damages calculations on September 22, 2006. Based on these calculations, counsel have discussed settlement terms, plaintiffs' counsel has provided defendant's counsel with a proposed settlement agreement that she would recommend that her clients accept, and the parties have entered a tentative settlement agreement.

Plaintiffs' counsel is the process of seeking approval of the tentative settlement terms from the plaintiffs. Plaintiffs' counsel expects to have the necessary authority to make a formal settlement demand based on the tentative settlement terms on October

17, 2006. Thereafter, defendant's counsel will seek approval of the settlement agreement from the authorized representative of the Attorney General.

Accordingly, the parties respectfully request that the Court continue the stay in proceedings in this case up to and including October 31, 2006 to allow the parties to finalize their settlement agreement. By or before that date, the parties will file either a stipulation of dismissal or a status report with the Court indicating the parties' progress and the necessity for further proceedings.

Respectfully submitted,

s/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Counsel for Plaintiffs

Certificate of Service

I hereby certify that on this 10th day of October 2006, I caused to be served a copy of this "Status Report on behalf of the Parties" on defendant's counsel of record by electronic filing this Status Report on Behalf of the Parties with the Court.:

James Colt
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Eighth Floor
Washington, D.C. 20530

/S/ Molly A. Elkin