# In the United States Court of Federal Claim

No. 05-1232C

(Filed October 12, 2006)

* * * * * * * * * * * * * * * * * * * * * *

BASNIGHT, DONALD J., et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 10, 2006, plaintiffs' counsel filed a Status Report On Behalf of the Parties. The parties report that they have conducted settlement negotiations and have entered into a tentative settlement agreement. However, the parties report they are in the process of seeking final approval from the appropriate authority and requests that the court continue the stay in the subject matter up to and including October 31, 2006. Absent the filing of a stipulation of dismissal, the parties propose to file a status report on or before October 31, 2006.

Accordingly, it is hereby **ORDERED** that

(1) Defendant's unopposed motion for the continuance of the current stay of proceedings is **GRANTED** and all proceedings in this matter shall be **STAYED** pending further order of the court; and

(2) Absent the filing of a stipulation of dismissal, the parties are directed to **FILE** a **Joint Status Report** on or before **October 31, 2006**, informing the court of the status of settlement proceedings in this case.

s/Lynn J. Bush
LYNN J. BUSH