IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD BASNIGHT, et al. | ) | |
| | ) | Case No. 05-1232C |
| Plaintiffs, | ) | (Judge Bush) |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

STATUS REPORT ON BEHALF OF THE PARTIES

Pursuant to the Court's Order, plaintiffs respectfully submit the following status report on behalf of the parties.

Since the date of the parties' last status report, the parties have finalized the language of the settlement agreement and plaintiffs' counsel has made a formal offer of settlement. The parties believe that they would have finalized the settlement agreement by this date absent defendant's counsel's unexpected and unfortunate herniated disc which has kept her out of work since the date of the parties' last status report. Defendant's counsel currently does not know when she will return to work.

Plaintiffs' counsel and defendant's counsel have discussed the settlement of the plaintiffs' claims while defendant's counsel has been out on leave. Defendant's counsel, from home, has arranged to have her reviewer take over the steps necessary to finalize the settlement agreement and anticipates that this can be accomplished in the next two weeks. Defendant's counsel has asked plaintiffs' counsel to forward certain documents to her reviewer so that her reviewer can prepare the necessary

memorandum to obtain settlement authority. Plaintiffs' counsel will forward the requested information by facsimile today.

Accordingly, the parties respectfully request that the Court continue the stay in proceedings in this case up to and including November 7, 2006 to allow the parties to finalize their settlement agreement. By or before that date, the parties will file either a stipulation of dismissal or a status report with the Court indicating the parties' progress and the necessity for further proceedings.

Respectfully submitted,

s/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Counsel for Plaintiffs

Certificate of Service

I hereby certify that on this 31st day of October 2006, I caused to be served a copy of this "Status Report on behalf of the Parties" on defendant's counsel of record by electronically filing this Status Report on Behalf of the Parties with the Court:

Hillary A. Stern
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Eighth Floor
Washington, D.C. 20530

/S/ Molly A. Elkin