# In the United States Court of Federal Claims

No. 05-1232C
(Filed November 1, 2006)

* * * * * * * * * * * * * * * * * * * * * *
BASNIGHT, DONALD J., et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 31, 2006, plaintiffs' counsel filed a Status Report On Behalf of the Parties. The parties report that they have finalized the language of a settlement agreement. However, the parties are still seeking final approval from the appropriate authority and request that the court continue the stay in the subject matter up to and including November 7, 2006. Absent the filing of a stipulation of dismissal on or before that date, the parties propose to file a status report.

Accordingly, it is hereby **ORDERED** that

(1) All proceedings in this matter shall remain **STAYED** pending further order of the court; and

(2) Absent the filing of a stipulation of dismissal, the parties are directed to **FILE** a **Joint Status Report** on or before **November 7, 2006**, informing the court of the status of settlement proceedings in this case.

s/Lynn J. Bush
LYNN J. BUSH
Judge