IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD BASNIGHT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | Case No. 05-1232C<br>(Judge Bush) |

STATUS REPORT ON BEHALF OF THE PARTIES

Pursuant to the Court's Order, plaintiffs respectfully submit the following status report on behalf of the parties.

Since the filing of the last status report, plaintiffs' counsel forwarded the requested information to defendant's counsel's reviewer. On this date, defendant's counsel informed plaintiffs' counsel that she would like the stay in proceedings to remain in effect for two more weeks so that she can finalize the settlement agreement. Plaintiffs' counsel does not object to this short delay.

Accordingly, the parties respectfully request that the Court continue the stay in proceedings in this case up to and including November 21, 2006 to allow the parties to finalize their settlement agreement. By or before that date, the parties will file either a stipulation of dismissal or a status report with the Court indicating the parties' progress and the necessity for further proceedings.

Respectfully submitted,

s/Molly A. Elkin

Molly A. Elkin
WOODLEY & MCGILLIVARY
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Counsel for Plaintiffs

Certificate of Service

I hereby certify that on this 7th day of November 2006, I caused to be served a copy of this "Status Report on behalf of the Parties" on defendant's counsel of record by electronically filing this Status Report on Behalf of the Parties with the Court:

Hillary A. Stern
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Eighth Floor
Washington, D.C. 20530

/S/ Molly A. Elkin