# In the United States Court of Federal Claims

No. 05-1232C
(Filed November 8, 2006)

* * * * * * * * * * * * * * * * * * * * * *
BASNIGHT, DONALD J., et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On November 7, 2006, plaintiffs' counsel filed a Status Report On Behalf of the Parties. The parties report that they are in the final stages of issuing their settlement agreement and request that the court continue the stay in the subject matter up to and including November 21, 2006 to allow the parties to finalize their settlement agreement. Absent the filing of a stipulation of dismissal on or before that date, the parties propose to file a status report.

Accordingly, it is hereby **ORDERED** that

(1) All proceedings in this matter shall remain **STAYED** pending further order of the court; and

(2) Absent the filing of a stipulation of dismissal, the parties are directed to **FILE** a **Joint Status Report** on or before **November 21, 2006**, informing the court of the status of settlement proceedings in this case.

/s/Lynn J. Bush
LYNN J. BUSH
Judge