IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD BASNIGHT, et al. | ) | |
| | ) | |
| | ) | Case No. 05-1232C |
| | ) | (Judge Bush) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STATUS REPORT ON BEHALF OF THE PARTIES

Pursuant to the Court's Order, plaintiffs respectfully submit the following status report on behalf of the parties.

On this date, the parties executed a settlement agreement resolving plaintiffs' claims in this lawsuit. Under the terms of the settlement agreement, defendants' counsel must certify to the Department of Treasury the amount due by no later than November 29, 2006. Payment must be made within 45 days of that date. Once payment is received by plaintiffs' counsel, the parties will jointly dismiss this case.

Respectfully submitted,

s/Molly A. Elkin

MOLLY A. ELKIN
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Counsel for Plaintiffs

Certificate of Service

I hereby certify that on this 21st day of November 2006, I caused to be served a copy of this "Status Report on behalf of the Parties" on defendant's counsel of record by electronically filing this Status Report on Behalf of the Parties with the Court:

Hillary A. Stern
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Eighth Floor
Washington, D.C. 20530

/S/ Molly A. Elkin