# In the United States Court of Federal Claims

No. 05-1232C
(Filed December 4, 2006)

* * * * * * * * * * * * * * * * * * * * * *
BASNIGHT, DONALD J., et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On November 21, 2006, plaintiffs' counsel filed a Status Report On Behalf of the Parties. Plaintiffs report that the parties are in final stages of the settlement process and, absent any delays, plaintiffs shall receive payment some time in mid-January. Upon plaintiffs' receipt of payment, the parties shall jointly dismiss the case.

Accordingly, it is hereby **ORDERED** that

(1) All proceedings in this matter shall remain **STAYED** pending further order of the court; and

(2) Absent the filing of a joint stipulation of dismissal, the parties are directed to **FILE** a **Joint Status Report** on or before **January 26, 2007**, informing the court of the status of settlement proceedings in this case.

/s/Lynn J. Bush
LYNN J. BUSH
Judge