# In the United States Court of Federal Claims

No. 05-1232C
(Filed August 2, 2007)

* * * * * * * * * * * * * * * * * * * * * *
BASNIGHT, DONALD J., et al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

It has been some time since the parties last reported to the court the status of settlement proceedings in the subject matter. At last report, the parties had executed a settlement agreement resolving plaintiffs' claims in this lawsuit and were awaiting defendant's counsel to certify to the Department of Treasury the amount due no later than November 26, 2006. The parties reported that once payment was received by plaintiffs' counsel, the parties would jointly dismiss the case. At of the time of the filing of this order, the parties have not submitted any filings to resolve the subject matter.

Accordingly, it is hereby **ORDERED** that absent the filing of a joint stipulation of dismissal, the parties are directed to **FILE** a **Joint Status Report** on or before **August 31, 2007**, informing the court of the status of settlement proceedings in this case.

/s/Lynn J. Bush
LYNN J. BUSH
Judge