IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD BASNIGHT, et al. | ) | |
| | ) | Case No. 05-1232C |
| | ) | (Judge Bush) |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, and in accordance with the parties settlement of the plaintiffs' claims, the parties hereby file this notice of dismissal of this action with prejudice.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director
Authorized Representative
Of the Attorney General

/s/Molly A. Elkin
MOLLY A. ELKIN
Woodley and McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorneys for Plaintiffs

Dated: August 29, 2007

/s/Hillary A. Stern
HILLARY A. STERN
Senior Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

Attorneys for Defendant

Dated: August 29, 2007